IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KELVIN J. MILES, #157867        \*
      Petitioner,
   v.                                  \*   CIVIL ACTION NO. AW-12-cv-2045

UNITED STATES                  \*
      Respondent.
                                      \*\*\*

## MEMORANDUM

On or about May 2, 2012, Kelvin Miles filed a 28 U.S.C. § 2241 Petition in the United States District court for the District of Columbia, challenging a detainer filed by Prince George's County, Maryland authorities on charges unrelated to his 1981 convictions in the Superior Court for the District of Columbia. *See Miles v. United States*, Civil Action No. UNA-12-903 (D.C. 2012).

On May 17, 2012, United States District Judge Richard W. Roberts ordered the case transferred to this Court for lack of jurisdiction as Miles was confined in a Maryland prison facility.[1] ECF No. 3. The transferred Petition was received by the Clerk on July 6, 2012. Because he appears indigent, Miles's Motion for Leave to Proceed In Forma Pauperis will be granted.

The Petition raises no grounds for consideration. Miles attacks an unidentified detainer on unspecified grounds. Habeas Corpus Rule 2(c) of the Rules Governing Section 2254 Cases states that the petition must specify all grounds for relief available to the petitioner, state the facts supporting each ground, and state the relief requested. It does not matter whether one characterizes this as a § 2254 petition or a § 2241 petition; the Court has authority to apply federal habeas corpus rules. *See Castillo v. Pratt,* 162 F.Supp.2d 575, 577 (N.D. Tex. 2001) ("The Supreme Court intended the 2254 Rules to apply to petitions filed under § 2241. *See* Rule 1(b) of the 2254 Rules").

---

[1]        Division of Correction ("DOC") Office of Data Management confirms that Miles was

As Kelvin Miles has filed an incomplete Petition and the Court has been informed that he is no longer confined in Maryland, the Court shall dismiss the Petition without prejudice to allow Miles to refile the action in the appropriate court. A separate Order follows.

Date: July 17, 2012                                                         /s/
                                                                    Alexander Williams Jr.
                                                                    United States District Judge

---

released from Maryland custody on June 5, 2012.